1  Law Office of Graham Archer
2  Graham Archer, State Bar No. 262464
   95 S. Market Street, Suite 300
3  San Jose, CA 95113
   Phone (408) 596-9451
4  Fax (408) 596-5657
5
   Counsel for Defendant
6  David Martinez

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11
   United States of America,              Case No.: CR 10-00824-6 DLJ
12
           Plaintiff,
13
                                          ***STIPULATED* REQUEST TO**
14                                        **CALENDAR ORDER**
           vs.
15

16
   David Martinez
17
           Defendant
18

19

20
        Defendant David Martinez and the Government, by and through their respective counsel,
21
   hereby stipulate and agree that the sentencing hearing scheduled for February 2, 2012 at 10:00
22
   a.m. may be continued to Thursday, February 23 at 10:00 a.m. The reason for the requested
23
   continuance is to accommodate the schedule of the chemist Defendant Martinez intends to call at
24
   sentencing, as said chemist is unavailable due to a prior trial testimony commitment. All parties
25
   and their chemists are available February 23rd.
26  //
27  //
28  //
    //

                                      -1-

-2-

All parties, by and through their respective counsel, hereby stipulate and agree that the instant case should be set for sentencing hearing on Thursday, February 23rd, 2012 at 10:00 a.m.

_____    \_\_/S/_____
DATED                                                GRAHAM ARCHER
                                                             Attorney for Defendant David Martinez


_____    \_\_/S/_____
DATED                                                THOMAS COLTHURST
                                                             Assistant United States Attorney

Law Office of Graham Archer
Graham Archer, State Bar No. 262464
95 S. Market Street, Suite 300
San Jose, CA 95113
Phone (408) 596-9451
Fax (408) 596-5657

Counsel for Defendant
David Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>David Martinez<br><br>    Defendant | Case No.: CR 10-00824-6 DLJ<br><br>**[] ORDER FOR CONTINUATION OF SENTENCING HEARING** |

　　　Good cause appearing therefore, it is hereby ordered that the sentencing hearing for David Martinez, previously scheduled for February 2, 2012 at 10:00 a.m. is continued to Thursday, February 23, 2012 at 10:00 a.m.

Dated: FDFDG  _____

　　　　　　　　　　　　　　　　Hon. D. Lowell Jensen
　　　　　　　　　　　　　　　　District Judge