1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney                    ᴱᴼᴱᴁᴒᴒᴁᴁᴱ̌ᴁᴁᴱᴁᴁᴱᴁᴱ

5
    150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
    Telephone: (408)-535-5065
7  Fax: (408)-535-5066
    E-Mail: tom.colthurst@usdoj.gov

8
   Attorneys for United States of America
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. 10-CR-00824-DLJ
                                     )
15       Plaintiff,                  )
                                     )   STIPULATION AND []
16       v.                          )   ORDER CONTINUING HEARING DATE
                                     )
17  DAVID MARTINEZ,                  )
                                     )
18       Defendant.                  )
                                     )
19

20

21       The defendant DAVID MARTINEZ, represented by Graham E. Archer, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23  request that the sentencing hearing currently scheduled for February 23, 2012, be continued to

24  March 22, 2012.

25       On February 14, 2011, DAVID MARTINEZ pleaded guilty plead guilty to possessing

26  with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and

27  841(b)(1)(C).  He has been detained since he was arrested on November 15, 2010.

28       The parties are requesting that his sentencing hearing be reset to March 22, 2012.  This

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1   will be an evidentiary hearing, and the parties are still gathering and exchanging discovery

2   relevant to this hearing.

3        No other defendants are affected by this request.

4   SO STIPULATED:

5

6   Dated: February 21, 2012                    /S/
                                        Thomas A. Colthurst
7                                       Assistant United States Attorney

8

9
    Dated: February 21, 2012                    /S/
10                                      Graham E. Archer, Esq.
                                        Attorney for Defendant
11

12       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

13  hearing for *United States V. David Martinez*, scheduled for February 23, 2012, is continued to

14  March 22, 2012, at 10:00 a.m.

15

16

17  DATED: ___GBCGBFG___

18                                      THE HONORABLE D. LOWELL JENSEN
                                        United States District Judge

19

20

21

22

23

24

25

26

27

28