1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065

7 | Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,                ) No. 10-CR-00824-DLJ
                                              )
15 |     Plaintiff,                           )
                                              ) STIPULATION AND []
16 | v.                                       ) ORDER CONTINUING HEARING DATE
                                              )
17 | DAVID MARTINEZ,                          )
                                              )
18 |     Defendant.                           )
                                              )

19

20

21 |     The defendant DAVID MARTINEZ, represented by Graham E. Archer, Esq., and the

22 | government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23 | request that the sentencing hearing currently scheduled for March 22, 2012, be continued to

24 | April 26, 2012.

25 |     On February 14, 2011, DAVID MARTINEZ pleaded guilty plead guilty to possessing

26 | with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and

27 | 841(b)(1)(C).  He has been detained since he was arrested on November 15, 2010.

28 |     The parties are requesting that his sentencing hearing be reset to April 26, 2012.   This

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ

1  will be an evidentiary hearing, and the parties are still gathering and exchanging discovery
2  relevant to this hearing. In particular, counsel for the defendant requests more time for
3  preparation. The government requests the date of April 26 because that is a date on which both
4  the forensic chemist and the DEA case agent are available.
5      No other defendants are affected by this request.
6  SO STIPULATED:

8  Dated: March 15, 2012        /S/
                                    Thomas A. Colthurst
9                                      Assistant United States Attorney

11
12  Dated: March 15, 2012        /S/
                                    Graham E. Archer, Esq.
13                                      Attorney for Defendant

14      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
15  hearing for *United States V. David Martinez*, scheduled for March 22, 2012, is continued to
16  April 26, 2012, at 10:00 a.m.

19  DATED: _____
                                    THE HONORABLE D. LOWELL JENSEN
20                                      United States District Judge